IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOE MUSTARD, | : | |
| PLAINTIFF, | : | CIVIL ACTION 2:21-CV-2315 |
| vs. | : | JUDGE SARAH D. MORRISON |
| TRIMEN, INC. | : | MAGISTRATE JUDGE VASCURA |
| DEFENDANT. | : | |

## NOTICE OF FILING OF DEPOSITION

Now comes Defendant, by and through counsel and hereby gives notice that the complete deposition of Plaintiff Joseph Mustard with Exhibits 1 - 10 and Trimen documents 009 – 0064 taken on January 11, 2022 is being filed with the Court.

Respectfully submitted,

/s/ John C. Albert
JOHN C. ALBERT   (0024164)
500 South Front Street, Suite 1200
Columbus, OH 43215-7631
(614) 229-4528; FAX: (614) 229-4559
Email: Jalbert@cbjlawyers.com
*Trial Attorney for Defendant,
Trimen, Inc.*

OF COUNSEL:
CRABBE, BROWN & JAMES
500 South Front Street, Suite 1200
Columbus, OH  43215
(614) 228-5511 FAX: (614) 229-4559

14312-42155\01407918.000

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022, the foregoing was electronically filed using the Court's ECF system and a copy was duly served via Electronic Mail and/or U.S. Regular Mail, postage prepaid, upon the following:

Trisha M. Breedlove, Esq.
Gregory T. Shumaker, Esq.
THE SPITZ LAW FIRM, LLC
1103 Schrock Road, Suite 307
Columbus, OH 43229
Trisha.breedlove@spitzlawfirm.com
Sean.costello@spitzlawfirm.com
*Attorneys for Plaintiff, Joe Mustard*

/s/ *John C. Albert*
JOHN C. ALBERT   (0024164)
*Attorney for Defendant, Trimen, Inc.*